IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

    Erin Noel Higgins-Richardson

    Debtor        Case No: 18-20502-13

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE**

    **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

    The Plan is exceeding the allowed five year limitation. The Trustee calculates that the payment will need to increase to $4880.00 per month in order for the Plan to complete within the five year limitation.

    **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

    Dated: July 25, 2019

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com