IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

Erin Noel Higgins-Richardson

Debtor          Case No: 18-20502-13

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Plan is exceeding the allowed five year limitation. The Trustee calculates that the payment will need to increase to $4880.00 per month in order for the Plan to complete within the five year limitation.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated: July 25, 2019

<u>s/ W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com