Form odefo (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 18–20502　　　　　　　　　　　　　　　　Chapter: 13

In re:

Erin Noel Higgins–Richardson
aka　Erin Richardson
fka　Erin Hewes
fka　Erin Carpenter
21805 W. 54th St.
Shawnee, KS 66226

SSN: xxx–xx–9436

### ORDER TO CORRECT DEFECTIVE DOCUMENT(S)

**Filed and Entered By The Court**
**7/26/19**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

The following document was filed in this matter and is defective for the following reason(s):

*44* – Motion for Dismissal for Other . Filed on behalf of Trustee William H Griffin, with Certificate of Service.(^Griffin5, William)

**Duplicate**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 47 – 44

s/　Dale L. Somers
Judge, United States Bankruptcy Court