# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Erin Noel Higgins-Richardson

Debtor     Case No: 18-20502-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S
## MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on July 25, 2019 is hereby withdrawn.

Dated: July 26, 2019     s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtor and Debtor's Attorney either electronically or by U.S. Mail, first class postage prepaid, on July 26, 2019.

Erin Noel Higgins-Richardson
21805 W 54th St
Shawnee, KS 66226

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com